=============================================================================

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

Richard Clay Mihlfeld

        PLAINTIFF,

VS.

Commissioner of Social Security Administration

        DEFENDANT.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

3:13-cv-556
Judge Guyton

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

  **X**   **GRANTED**

  **X**   IT IS ORDERED that the clerk issue summons and the United States Marshal, or the plaintiff, shall serve a copy of the complaint, summons, and this order upon all defendant(s) as directed by the plaintiff. If the United States Marshal provides the service, all costs of service shall be advanced by the United States. If the plaintiff provides his/her own service, the plaintiff will bear their own costs.

     **DENIED**, for the following reasons:

_____

_____

ENTER this 22nd day of October, 2013.

         s/ H. Bruce Guyton
        _____
        Signature of Judicial Officer

        UNITED STATES MAGISTRATE JUDGE
        Name and Title of Judicial Officer

=============================================================================