| | |
|---|---|
| RICHARD CLAY MIHLFELD, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 3:13-cv-556 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Guyton |
| ) | |
| *Defendant.* ) | |
| ) | |

# JUDGMENT

This case came before the Court on Magistrate Judge Guyton's Report and Recommendation. The Honorable Harry S. Mattice, Jr., United States District Judge, having accepted and adopted the Report and Recommendation,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 21st day of October, 2014.

                                                                                                                          /s/ *Debra C. Poplin*
                                                                                                                           Debra C. Poplin
                                                                                                                           CLERK OF COURT